NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHNNY B. WILLIAMS,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2012-3166

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110898-I-1.

---

**ON MOTION**

---

## O R D E R

On August 29, 2012, Johnny B. Williams' petition was dismissed for failure to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Fed. Cir. R. 15(c) statement concerning discrimination. Williams moves to reinstate his petition for review.  He also moves to proceed in forma pauperis and submits his completed Fed. Cir. R. 15(c) statement concerning discrimination.

JOHNNY WILLIAMS V. DEPARTMENT OF AGRICULTURE          2

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to proceed in forma pauperis is granted.

(2)  The motion to reinstate the petition for review is granted.  The court's August 29, 2012 order is vacated, the court's mandate is recalled, and the petition is reinstated.

(3)  Williams' brief is due 30 days from the date of this order.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s26